==================================================================================

***** UNITED STATES DISTRICT COURT *****

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO. 8:05-CV-1572 (LEK/RFT)

_____

JOHN P. O'NEIL, Commissioner of Social Services,
Assignee, on behalf of BETSY LORD, Assignor,

                        **Plaintiff,**

      v.

WAL-MART CORPORATION, as employer of
Aimee A. Vradenburg, Child Support Obligor,

                        **Defendant.**
_____


_____ JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX_____ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendant, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated August 22, 2007.


DATE:___August 22, 2007_____           *LAWRENCE K. BAERMAN*_____
                                                 CLERK OF THE COURT

                                                 Scott A. Snyder
                                                 **Courtroom Deputy to the**
                                                 **Honorable Lawrence E. Kahn**